# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO PIERRE, | |
| Petitioner, | NO. 3:18-CV-2302 |
| v. | (JUDGE CAPUTO) |
| US DEP'T OF HOMELAND SECURITY, | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

## ORDER

**NOW**, this 5th day of March, 2019, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) filed by Petitioner Ricardo Pierre is **DISMISSED as moot**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge